IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| HOLDING ONE, INC. | § § § |
| vs. | § CIVIL ACTION NO. § |
| PROPERTY ONE REALTY GROUP, LLC d/b/a PROPERTY FIRST REALTY GROUP | § § § |

## ORIGINAL COMPLAINT

The plaintiff, Holding One, Inc., files this Original Complaint against the defendant for trademark infringement and unfair competition.

### JURISDICTION & VENUE

1. This Court has jurisdiction over the plaintiff's federal claims under 28 U.S.C. § 1331 because these claims relate to federal trademark rights and Lanham Act violations.

2. This court has personal jurisdiction over the defendant because the defendant resides in this district.

3. Venue is proper in this court under 28 U.S.C. § 1391 because the defendant resides in this district and because a substantial part of the events or omissions giving rise to the claim occurred in this district.

### PARTIES

4. Holding One, Inc. is a Louisiana company.

5. Property One Realty Group, LLC is a Louisiana limited liability company. It may be served with process by serving its registered agent:

Salvador Watts
14416 Oak Path Drive
Prairieville, Louisiana 70769

526486.1

1

## BACKGROUND

6. This is a trademark infringement action.

7. Holding One owns the federally registered service mark "PROPERTY ONE" and a federally registered service mark for a design incorporating a stylized representation of the letter "P" and the number "1" (the Property One marks).[1] These registrations are valid, subsisting, and in full force and effect.

8. Since at least 1985, Holding One's authorized affiliate—Property One, Inc.—has provided comprehensive real estate services, including commercial property management, throughout Louisiana, the Gulf Coast, Texas, Florida, Atlanta, Virginia, North Carolina, and South Carolina.

9. Since at least 1985, Property One has continuously used the Property One marks in commerce, and has advertised extensively through print media, radio, television, social media, billboards, and/or the Internet via its web site, www.property-one.com.

10. During the past thirty-one years, the marketplace has come to associate the Property One Marks with Holding One and Property One's services. The Property One Marks are assets of immense value to Holding One.

11. As a result of the sale, distribution and promotion of its services offered in connection with the Property One Marks, Holding One has earned highly valuable goodwill in the Property One Marks, and this goodwill has become identified and associated with Holding One.

12. Upon information and belief, the defendant has been operating a residential real estate agency in Prairieville, Louisiana under the name "Property One Realty Group, LLC" since

---

[1] True and correct copies of the United States Patent and Trademark Office (USPTO) Certificate of Registration Nos. 4,674,577 and 4,663,084 and are attached to this complaint and incorporated as Exhibit A.

2015. Upon information and belief, it began using the trade name "Property First Realty Group" in March 2016 without any modification to its legal name.

13.     The defendant markets its services on LinkedIn, YouTube, Facebook, Twitter, Instagram, Google+, and at the internet domains [www.propertyonegroup.com](www.propertyonegroup.com) and [www.propertyonerealtygroup.com](www.propertyonerealtygroup.com).

14. The defendant still uses Property One Realty Group, LLC as its legal name, and upon information and belief, continues to list itself in the publicly-accessible Louisiana Real Estate Commission's database of licensed brokerage firms (located at [http://www.lrec.state.la.us/licensee-search/](http://www.lrec.state.la.us/licensee-search/)) as "Property One Realty Group, LLC."

15.     There is a likelihood of confusion between one or more of the Property One Marks and the business and legal name "Property One Realty Group, LLC."

16.     A Google search for "property one realty group" yields results for Property One, Inc., the defendant's agency, and the defendant's Facebook page.[2]

17.     The Property One Marks are registered in International Class 36 (real estate affairs).[3]

18.     The defendant is also in real estate affairs.

19.     The defendant's use of tone or more of the Property One Marks in its company name is unauthorized.

20.     Holding One has provided multiple written notices to the defendant about the Property One Marks and Holding One's objection to the defendant's use of the "Property One Realty Group, LLC" name.

---

[2] Exhibit B.
[3] Ex. A.

21. The defendant even acknowledged the issue and changed its slogan and some web sites to use "Property First Realty Group" as a registered trade name.

22. The defendant has refused, however, to cease use of the infringing Property One Realty Group, LLC legal name.

## TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

23. Holding One incorporates herein each of the foregoing allegations.

24. The defendant's conduct is trademark infringement under 15 U.S.C., chapter 22 (the Lanham Act). Its conduct is actionable under at least 15 U.S.C. § 1114(l) and 15 U.S.C. § 1125(a).

25. The defendant's conduct was willful and intentional.

## COMMON LAW TRADEMARK INFRINGEMENT

26. Holding One incorporates herein each of the foregoing allegations.

27. Holding One or its authorized affiliate have used the Property One Marks in commerce continuously since at least 1985, and consumers nationwide have come to associate the Property One Marks with goods and services provided by Holding One and its authorized affiliate.

28. Because of this association, Holding One has earned significant goodwill.

29. The defendant has used and continues to use marks in commerce that are confusingly similar to the Property One Marks, including and not limited to "Property One Realty Group, LLC" to describe the defendant's name in the provision of goods and services that are in the same classification as, and are related to, Holding One's goods and services.

30. The defendant's use of the Property One Mark(s) as part of its legal name in the conduct of its business is likely to cause—and actually does cause—marketplace confusion as to

the source of the goods and services provided by the defendant and therefore constitutes trademark infringement.

31. The defendant's conduct was willful and intentional.

## **DAMAGES**

32. Holding One requests that it be afforded all relief, including monetary damages, treble damages, injunction, common law relief, and statutory relief as provided by §§ 1114, 1117 and 1125 of Title 15 of the United States Code.

33. Holding One, having found it necessary to hire the firm of McGlinchey Stafford PLLC to protect its rights, asks for its reasonable and necessary attorney's fees and costs as authorized under § 1117 of Title 15 of the United States Code.

## **PRAYER**

For these reasons, Holding One prays this Court cite the defendant to appear and to conduct a trial on the merits of Holding One's claims, and after this trial, order that Holding One have judgment against the defendant for the aforesaid damages, injunctive relief, attorneys' fees and costs, and for whatever other relief to which Holding One shall have shown itself entitled, including and not limited to:

(A) An order permanently enjoining the defendant from using the Property One Marks, or any simulation, reproduction, copy, colorable imitation, or confusingly similar variation of the Property One Marks in or as part of a design, logo, domain name, or trademark or service mark, legal name, trade name, fictitious business name, or otherwise using such mark in connection with the promotion, advertisement, sale, offering for sale, manufacture, production, or distribution of any product or service;

(B) An order permanently enjoining the defendant from using any false designation of origin or false description, or performing any act, which can, or is likely to, lead members of the trade or public to believe that the defendant is associated with Holding One or that any product or service manufactured, distributed, rendered or sold by the defendant is in any manner associated or connected with Holding One, or is authorized, licensed, sponsored or otherwise approved by Holding One;

(C)  An order permanently enjoining the defendant from purchasing the Property One Marks in connection with any sponsored advertising on the Internet or using the Property One Marks in any source code or otherwise using the Property One Marks such that a search for Property One Marks on the Internet will cause any domain name or website of the defendant to appear in search results;

(D)  An order permanently enjoining the defendant from using or registering the Property One Marks—or any simulation, reproduction, copy, colorable imitation, or confusingly similar variation thereof—as part of any domain name;

(E)  An order permanently enjoining the defendant from engaging in any other activity constituting unfair competition with Holding One, or constituting an infringement of the Property One Marks;

(F)  An order permanently enjoining the defendant from applying to register or registering in the United States Patent and Trademark Office or in any state trademark registry any mark consisting in whole or in part of the Property One Marks or consisting in whole or in part of any simulation, reproduction, copy, colorable imitation, or confusingly similar variation of the Property One Marks; and

(G)  An order permanently enjoining the defendant from assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (A) through (F) above.

Respectfully submitted,

*/s/ M. Brent Hicks*
M. Brent Hicks, La. Bar No. 23778
McGlinchey Stafford PLLC
301 Main Street
One American Place 14th Floor
Baton Rouge, LA 70801
Telephone: (225) 383-9000
Facsimile: 225-343-3076

***ATTORNEY-IN-CHARGE FOR THE PLAINTIFF
HOLDING ONE, INC.***

OF COUNSEL:
Anderson L. Cao, *pro hac vice* pending
Tex. Bar No. 24031910
acao@mcglinchey.com
McGlinchey Stafford PLLC
1001 McKinney, Suite 1500
Houston, Texas 77002
Telephone:  713-520-1900
Facsimile:   713-520-1025

R. Andrew Patty II
La. Bar No. 23892
dpatty@mcglinchey.com
McGlinchey Stafford PLLC
301 Main Street
One American Place 14th Floor
Baton Rouge, LA 70801
Telephone: 225-382-3720
Facsimile: 225-343-3076

526486.1